# United States District Court
## Southern District of Georgia

GoPlus Corporation
_____
Plaintiff

Case No. 4:20-cv-00034-RSB-CLR

**v.** Crown Equipment Corporation
_____
Defendant

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __March__, __2020__.

*/s/ Christopher L. Ray*
_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Anne-Marie D. Dao

Business Address: Troutman Sanders LLP
Firm/Business Name

11682 El Camino Real, Suite 400
Street Address

_____ San Diego __ CA __ 92130
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

_____ _____ _____ _____
Address Line 2 | City | State | Zip

858-509-6057 | CA Bar No. - 282632
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: anne-marie.dao@troutman.com