# United States District Court

## *Southern District of Georgia*

GoPlus Corporation

_____
Plaintiff

Case No. _____ 4:20-cv-00034-RSB-CLR _____

v.   Crown Equipment Corporation

_____
Defendant

Appearing on behalf of

_____ Plaintiff _____

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __March__ , __2020__ .

_____
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:    Steven Leonard Strasberg
_____

Business Address:    Troutman Sanders LLP
_____
Firm/Business Name

600 Peachtree St. NE, Ste. 3000
_____
Street Address

| Atlanta | GA | 30306 |
|---|---|---|
| Street Address (con't)    City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-885-3356 | | 194966 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    steven.strasberg@troutman.com
_____