# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GOPLUS CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) CV420-034 |
| CROWN EQUIPMENT CORPORATION, | ) |
| Defendant. | ) |

## ORDER

Pursuant to Local Rule 26.1(b) and Federal Rule of Civil Procedure 26(f), the Court directed the parties to participate in a Rule 26(f) Conference and submit a report outlining a proposed discovery plan. Doc. 3. The filed Rule 26(f) Report included a joint request by the parties to stay discovery until such time as the Court has disposed of Defendant's motion for judgment on the pleadings.[1] Doc. 25 at 3. Having now received defendant's dispositive motion, doc. 26, and recognizing the value in

---

[1] The parties' have not filed a formal motion requesting a stay of discovery. As both parties participated in the Rule 26(f) conference and signed the subsequent report, the Court construes the request to reflect mutual consent. The parties should be mindful that this is not the proper procedure for requesting action by this Court, which is driven by motions practice. Such informal procedures invite the type of ambiguities and confusion that can undermine the efficient functioning of the Court.

avoiding unnecessary litigation costs, the Court construes the parties' request as a motion to stay discovery. The motion is **GRANTED** and all discovery is **STAYED** pending the disposition of defendant's motion for judgment on the pleadings.[2]

**SO ORDERED**, this 31st day of March, 2020.

*[signature]*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Should defendant's motion be denied, the parties will be required to submit an amended Rule 26(f) Report providing an updated proposal for discovery.